```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LENNY FONTANA et al.,

                Plaintiffs,

-against-

DEFECTED RECORDS LIMITED et al.,

                Defendants.

25-CV-04265 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiffs Lenny Fontana and LCS Productions, Inc. (together, "Plaintiffs"), proceeding *pro se*,[1] bring this action for breach of contract, intentional fraudulent misrepresentation, and unjust enrichment against Defendants Defected Records Limited, Wesley Anthony Saunders, Simon Dawson, and Shamus Damani (collectively, "Defendants"). On August 12, 2025, this Court identified threshold deficiencies in the Complaint, including Plaintiffs' failure to allege facts sufficient to establish that venue is proper in this District or that this Court has subject matter jurisdiction over the case. *See* Dkt. No. 11. In particular, the Court noted that the failure to establish proper venue "appear[ed] incurable" because the alleged events giving rise to Plaintiffs' claims all occurred in the United Kingdom, which is also where Defendants are alleged to reside. *See id.* at 4. Accordingly, the Court ordered Plaintiffs to show cause why the case should not be dismissed for improper venue. *See id.*

---

[1] The Court previously noted that corporate plaintiffs cannot proceed in this Court without representation and advised that LCS Productions, Inc., would be dismissed from the action if it did not obtain counsel by September 5, 2025. *See* Dkt. No. 11 at 4. LCS Productions, Inc., remains without counsel, but the issue need not be separately addressed because, as explained herein, the Court will dismiss the action in its entirety.

1

On August 21, 2025, Plaintiffs filed a five-sentence response to the Court's order to show cause, stating simply that "all events concerning this case took place in the Southern District of New York." Dkt. No. 24. But as explained in the August 12 Order, that statement is directly contradicted by the allegations in the Complaint, which recounts only events taking place in the United Kingdom. Plaintiffs then filed an Amended Complaint on September 3, 2025. *See* Dkt. No. 25. The Amended Complaint corrects none of the deficiencies previously identified by the Court. Indeed, the face of the Amended Complaint reveals *no connection whatsoever* to this District—not even Plaintiffs reside here (based on the allegations of the Amended Complaint, Mr. Fontana resides in Baldwin, New York, which is in Nassau County in the Eastern District of New York). *See generally id.* There is simply no basis to find proper venue in the Southern District of New York, and there is no reason to think that more skillful or thorough pleading by Plaintiffs would change that conclusion.

For the reasons stated in the Court's August 12, 2025 Order and repeated herein, this action is DISMISSED for improper venue. The dismissal is without prejudice to Plaintiffs refiling their action, if they choose, in a court with jurisdiction where the case may be properly venued. All pending motions are denied as moot and the Clerk of Court is respectfully directed to CLOSE this case.

Dated: October 30, 2025
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge